**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1163**

_____

GEORGE SLOCUM,

        Plaintiff - Appellant,

    v.

ZEN REALTY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-cv-00550-FL)

_____

Submitted:  June 25, 2024                              Decided:  June 27, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

George Slocum, Appellant Pro Se. Jackson Dennis Wicker, WICKER LAW FIRM, P.L.L.C., Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Slocum appeals the district court's order dismissing his civil action without prejudice for lack of jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Slocum v. Zen Realty*, No. 5:23-cv-00550-FL (E.D.N.C. Feb. 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*